IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ISMAEL CARRASQUILLO SANCHEZ

Debtor.
_____/

Case No.:18-02346-BKT

Chapter 7

**REALTOR'S SECOND APPLICATION FOR ALLOWANCE OF COMPENSATION**

**TO THE HONORABLE COURT:**

This Application is filed by **MARIO MUNIZ** for and on behalf of the appointed realtor of this estate, who most respectfully **alleges, states** and **prays** as follows:

1. This application is submitted in compliance with the Guidelines of the U.S. Trustee Offices, for the reviewing of applications for professional compensation and reimbursement of expenses:

2. Background:
   a) The above captioned case was filed as Chapter 7 on April 30, 2018. Noreen Wiscovitch-Rentas was appointed trustee for this case on May 2, 2018.
   b) The request for employment of Mario Muniz was filed on July 24, 2018 and was authorized by this Honorable Court on August 14, 2018.
   c) The rate of commission agreed by herein applicant and the trustee, disclosed in the referred application for employment, were as in the event that the sale was adjudicated at the sale, in compliance with the terms, conditions and price detailed in the notice of sale, Mario Muniz will receive a commission at the rate of 4% of the gross sale price obtained from the sale. This application is related to the Notice of Private Sale for the property located at **Bo. Florida, Carr. 183, Km.12.6, San Lorenzo PR 00754.**
   d) This is herein applicant's first fee application.

3. Herein applicant states that he is not involved in any other aspect of the administration of this case.


2

4. A summary of fees requested, and for which this application is filed is as follows:

| OFFER AMOUNT | RATE | TOTAL FEES |
|---|---|---|
| $65,000.00 | 4% | $2,600.00 |

5. A copy of the invoice is attached as **Exhibit 1**

6. The Trustee will pay Mr. Mario Muniz the realtor's fees related to the sale upon approval this application. The Trustee respectfully requests an order approving his compensation.

### NOTICE TO PARTIES IN INTEREST

**PLEASE TAKE NOTICE that if** within Twenty-One (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, this motion will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**WHEREFORE**, the undersigned applicant respectfully prays this Honorable Court to enter an order allowing the trustee to pay the total sum of **$2,600.00**, and to authorize the trustee to pay applicant the total amount from the funds of the estate as administrative expenses allowable under 11 U.S.C. Section 503(b) and 330.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th of December 2018.

_____
MARIO MUNIZ
GAUTIER BENITEZ #56
URB. FLORAL PARK
SAN JUAN, PR 00917
Tel: (787) 754-7307

3

## CERTIFICATE OF SERVICE

**HEREBY CERTIFY:** That on the same date a true and exact copy of the forgoing has been hand delivery to the *United State Trustee's Office* at Ochoa Building Suite 301, 500 Tanca Street, Old San Juan, Puerto Rico 00901-1922, and all other parties identify in the enclosed master address list.

/s/ *Noreen Wiscovitch-Rentas*
NOREEN WISCOVITCH-RENTAS
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel: 787-946-0132
E-mail: noreen@nwr-law.com

Mario Muñiz
Gautier Benítez 56
Floral Park
San Juan, PR 00917
Tels. 754-7307 / 593-7111
mariomunizrealestate@gmail.com
Lic. 5954

To: NOREEN WISCOVITCH-RENTAS, Chapter 7 trustee

Re: Sale of real property: Two (2) cuerdas vacant land lot at; road 183, Florida ward, San Lorenzo, Puerto Rico, 00754. **CASE 18-02346**

Date: December 6 , 2018

## PROFESSIONAL SERVICES INVOICE

- Real estate broker 4% commission:    sale price $65,000

TOTAL:    **$2,600.00**

Thanks,

_____
Mario A. Muñiz

```
Label Matrix for local noticing          BANCO POPULAR DE PUERTO RICO, SERVICER FOR F   Ford Motor Credit Company
0104-3                                   C/O SARLAW LLC                                  Fernndez, Collins, Cuyar & Pl
Case 18-02346-BKT7                       BANCO POPULAR CENTER, SUITE 1022                P.O. Box 9023905
District of Puerto Rico                  209 MUNOZ RIVERA AVE                            San Juan, PR 00902-3905
Old San Juan                             SAN JUAN, PR 00918
Fri Dec  7 15:03:26 AST 2018

ORIENTAL BANK CCU                        SCOTIABANK DE PUERTO RICO                       TARRANT COUNTY
CCU BANKRUPTCY DEPARTMENT                CARDONA JIMENEZ LAW OFFICE PSC                  LINEBARGER GOGGAN BLAIR & Sampson, LLP
PO BOX 364745                            PO BOX 9023593                                  2777 N. STEMMONS FREEWAY
SAN JUAN, PR 00936-4745                  SAN JUAN, PR 00902-3593                         DALLAS, TX 75207-2277


UNITED STATES TRUSTEE                    US Bankruptcy Court District of P.R.            ACT PIPE & SUPPLY, INC.
500 TANCA ST STE 301                     Jose V Toledo Fed Bldg & US Courthouse          2585 NE 28th ST.
SAN JUAN, PR 00901-1922                  300 Recinto Sur Street, Room 109                Fort Worth, TX 76111-1702
                                         San Juan, PR 00901-1964


ANTHONY P. JACH / NIXON JACH HUBBARD PLC ARGOS READY MIX                                 AUTORIDAD DE ACUEDUCTOS
JP MORGAN INTERNATIONAL PLAZA III        PO BOX 961094                                   Y ALCANTARILLADOS
14241 DALLAS PARKWAY, SUITE 575          Fort Worth, TX 76161-0094                       P.O. BOX 70101
Dallas, TX 75254-2994                                                                    SAN JUAN, PR 00936-8101


AUTORIDAD DE ENERGIA  ELECTRICA          BANCO POPULAR DE PUERTO RICO                    BEXAR CONCRETE WORKS
PO BOX 363508                            PO BOX 362708                                   PO BOX 700250
SAN JUAN, PR 00936-3508                  SAN JUAN, PR 00936-2708                         San Antonio, TX 78270-0250


BEXAR CONCRETE WORKS I, LTD              BUYERS BARRICADES, INC.                         CARTER ENERGY/ DIV. OF WORLD FUEL SERV.
C/O CYNTHIA ROSEN                        PO BOX 7498                                     MATTHEW R. HALE
221 W. POPLAR                            Fort Worth, TX 76111-0498                       900 W 48th PLACE, SUITE 900
San Antonio, TX 78212-5549                                                               Kansas City, MO 64112-1899


CARTER ENERY                             CATERPILLAR FINANCIAL COMMERCIAL ACCT           CDC MAINTENANCE GROUP, CORP.
PO BOX 29106                             C/O HESTON & CIMENT PLLC                        PO BOX 1333
Mission, KS 66201-1406                   5605 N. MacCARTHUR, 10th FLOOR                  GURABO, PR 00778-1333
                                         DALLAS, TX 75038-2633


CENTERLINE SUPPLY, LTD                   CHARLES E. WEAR, JR.                            CHICO LIMESTONE, INC.
530 JESSE ST.                            1811 W. PARK ROW DRIVE                          PO BOX 636
Grand Prairie, TX 75051-1142             Arlington, TX 76013-3505                        Bridgeport, TX 76426-0636


CLERK OF THE CIRCUIT COURT               CMC COMMERCIAL METALS                           CMC CONSTRUCTION SERVICES
BOARD OF COUNTY COMMISSIONERS            6565 N. MacARTHUR BLVD.                         PO BOX 844573
POST OFFICE BOX 1030                     SUITE 800                                       Dallas, TX 75284-4573
Ocala, FL 34478-1030                     Irving, TX 75039-6283


COWSER TIRE & SERVICE                    CRIM                                            CYNTHIA ROSEN
1700 NE LOOP 820                         PO BOX 195387                                   221 W. POPLAR
Fort Worth, TX 76106-1731                SAN JUAN, PR 00919-5387                         San Antonio, TX 78212-5549
```

```
DAYTON SUPERIOR                    DEPARTAMENTO DE HACIENDA            DEPARTMENT OF THE TREASURY
15124 GRAND RIVERA RD.             DIVISION DE QUIEBRAS                INTERNAL REVENUE SERVICE
STE 140                            PO BOX 9022501                      2203 NORTH LOIS AVE., STE.812
Fort Worth, TX 76155-2748          SAN JUAN, PR 00902-2501             Tampa, FL 33607-2388


DONALD M. BARNETT                  EDUARD S. COX                       F. DAVID GODREAU ZAYAS, ESQ.
BARNETT & GARCIA, LLC.             THE COX LAW FIRM, PLLC              GODREAU & GONZALEZ LAW, LLC.
3821 JUNIPER TRACE, SUITE 108      1300 NORWOOD DR., STE. 100          PO BOX 9024176
Austin, TX 78738-5514              Bedford, TX 76022-5246              San Juan, PR 00902-4176


FORD MOTOR CREDIT                  FORD MOTOR CREDIT                   (p)FORD MOTOR CREDIT COMPANY
PO BOX 31111                       PO BOX 542000                       P O BOX 62180
TAMPA, FL 33631-3111               Omaha, NE 68154-8000                COLORADO SPRINGS CO 80962-2180


FORTLINE INC                       GODREAU & GONZALEZ  LAW, LLC        GREENBERG GRANT & REICHARDS
PO BOX 538388                      PO BOX 9024176                      5858 WST HEIMER RD #500
Atlanta, GA 30353-8388             San Juan, PR 00902-4176             Houston, TX 77057-5645


HALFF ASSOCIATES, INC.             HARREL PAILET & ASSOCIATES, P.C     HOLT CAT
PO BOX 678316                      JULIANNE NGUYEN                     PO BOX 650345
Dallas, TX 75267-8316              5454 LA SIERRA DRIVE, STE. 100      Dallas, TX 75265-0345
                                   Dallas, TX 75231-2342


INNOVATIVE SOIL SOLUTIONS          INTERNAL REVENUE SERVICE            INTERNATIONAL COLLECTION AGENCY LLC
PO BOX 731843                      CENTRALIZED INSOLVENCY OPERATION    PO BOX 692715
Dallas, TX 75373-1843              PO BOX 7346                         Orlando, FL 32869-2715
                                   PHILADELPHIA, PA 19101-7346


JESSE A. OKIROR                    JOSE A. SANCHEZ GIRONA, ESQ.        Joseph L. Whipple (#021391)
3232 McKINNEY AVE.                 SALDA A CARVAJAL & VELEZ-RIVE, PSC. Mark A. Kirkorsky, P.C.
SUITE 1400                         166 AVENIDA DE LA CONSTITUCION      P.O. Box 25287
Dallas, TX 75204-7422              San Juan, PR 00901-2101             Tempe, AZ 85285-5287


KEVIN DAVIS INDUSTRIAL             KIRBY SMITH MACHINERY, INC.         KOMATSU FINANCIAL LIMITED PARTNERSHIP
1700 NE LOOP 820                   PO BOX 270360                       PO BOX 5050
Fort Worth, TX 76106-1731          Oklahoma City, OK 73137-0360        Rolling Meadows, IL 60008


LATTIMORE MATERIAL CORP.           LEHIGH HANSON HEIDELBERG CEMENT GROUP   MAPFRE PRAICO INSURANCE CO.
PO BOX 732677                      15620 COLLECTION CENTER DRIVE       PO BOX 70333
Dallas, TX 75373-2677              Chicago, IL 60693-0156              San Juan, PR 00936-8333


MATTHEW R. HALE                    MONGE ROBERTIN & ASOCIADOS INC      Mapfre PRAICO Insurance Company / Endurance
900 W 48th PLACE                   60 GEORGETTI ST                     P.O. Box 70333
SUITE 900                          SAN JUAN PR 00925-3607              San Juan, PR 00936-8333
Kansas City, MO 64112-1899
```

| | | |
|---|---|---|
| NEENAH FOUNDRY COMPANY<br>PO BOX 729<br>Neenah, WI 54957-0729 | NEFF RENTAL, LLC<br>PO BOX 405138<br>Atlanta, GA 30384-5136 | NIXON JACH HUBBARD, PLLC<br>JP ,MORGAN INTERNATIONAL PLAZA III<br>14241 DALLAS PARKWAY, SUITE 575<br>Dallas, TX 75254-2994 |
| ORIENTAL BANK<br>PO BOX 30175<br>Tampa, FL 33630-3175 | ORIENTAL BANK<br>PO BOX 31021<br>Tampa, FL 33631-3021 | ORIENTAL BANK<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| ORIENTAL BANK<br>PO BOX 71113<br>San Juan, PR 00936-8013 | PIONEER LONGHORN CONCRETE<br>3485 ROY ORR BLVD.<br>Grand Prairie, TX 75050-4210 | PREFERRED HOME SERVICES INC.<br>PO BOX 4069<br>Bayamon, PR 00958-1069 |
| RAM TOOL<br>PO BOX 743487<br>Atlanta, GA 30374-3487 | RANDALL K. LINDLEY<br>BELL, NUNNALLY & MARTIN, LLP<br>3232 McKINNEY AVE., SUITE 1400<br>Dallas, TX 75204-7422 | RB EVERETT & CO.<br>PO BOX 7300<br>Pasadena, TX 77508-7300 |
| REBECCA A. HICKS<br>325 N ST PAUL ST.<br>SUITE 4400<br>Dallas, TX 75201-3880 | REDI MIX CONCRETE<br>PO BOX 844425<br>Dallas, TX 75284-4425 | REEDER DISTRIBUTORS, INC.<br>5450 WILBARGER STREET<br>Fort Worth, TX 76119-4298 |
| RENTAL ONE<br>PO BOX 498<br>Colleyville, TX 76034 | REYNOLDS ASPHALT & CONSTRUCTION CO.<br>PO BOX 370<br>Euless, TX 76039-0370 | RON WRIGHT, TAX ASSESOR COLLECTOR<br>PO BOX 961018<br>Fort Worth, TX 76161-0018 |
| SCOTIABANK<br>PO BOX 362230<br>SAN JUAN, PR 00936-2230 | SIRIUS XM RADIO, INC.<br>PO BOX 78054<br>Phoenix, AZ 85062-8054 | SIX & MANGO EQUIPMENT<br>PO BOX 1269<br>Frisco, TX 75034-0022 |
| STUART HOSE AND PIPE COMPANY<br>701 RIVERSIDE DRIVE<br>Fort Worth, TX 76111-4401 | SUNBELT RENTAL, INC.<br>PO BOX 409211<br>Atlanta, GA 30384-9211 | TARRANT APPRAISAL DISTRICT<br>PO BOX 185519<br>Fort Worth, TX 76181-0519 |
| TARRANT COUNTY TAX OFFICE<br>100 E. WEATHERFORD<br>Fort Worth, TX 76196-0206 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | TRIUMP SAVINGS BANK<br>12700 PARK CENTRAL DRIVE<br>SUITE 1700<br>Dallas, TX 75251-1517 |
| Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>C/O Elizabeth Weller<br>2777 N Stemmons Freeway Suite 1000<br>Dallas, Texas 75207-2328 | UNITED RENTALS NORTH AMERICA INC.<br>C/O LAWRENCE FALLI, BARNETT & GARCIA<br>3821 JUNIPER TRACE, SUITE 108<br>Austin, TX 78738-5514 | United Rentals (North America), Inc.<br>Mark A. Kirkorsky, P.C.<br>P.O. Box 25287<br>Tempe, AZ 85285-5287 |

```
VULCAN                              WELLS FARGO BANK, NA              WELLS FARGO BANK, NA
PO BOX 849131                       PO BOX 61193                      PO BOX 6426
Dallas, TX 75284-9131               Los Angeles, CA 90061-0193        Carol Stream, IL 60197-6426


WEST GATE RESORTS                   WESTGATE RESORTS                  WILLIAM G. KOOPMAN
2801 OLD WINTER GARDEN RD.          2801 OLD WINTER GARDEN ROAD       218 EDGEWOOD DRIVE
Ocoee, FL 34761-2965                OCOEE, FL 34761-2965              Coppell, TX 75019-5804


Wells Fargo Bank, N.A.              YAMILLET IRIZARRY                 ISMAEL CARRASQUILLO SANCHEZ
Small Business Lending Division     HC 02 BOX 17740                   8624 TRINITY VISTA TRAIL
P.O. Box 29482                      Gurabo, PR 00778                  HURST, TX 76053-7518
Phoenix, AZ 85038-9482


MARIO MUNIZ                         MONSITA LECAROZ ARRIBAS           NOEMI LANDRAU RIVERA
GAUTIER BENITEZ 56                  OFFICE OF THE US TRUSTEE (UST)    PO BOX 270219
FLORAL PARK                         OCHOA BUILDING                    SAN JUAN, PR 00928-3019
HATO REY, PR 00917-3818             500 TANCA STREET  SUITE 301
                                    SAN JUAN, PR 00901


NOREEN WISCOVITCH RENTAS
PMB 136
400 CALAF STREET
SAN JUAN, PR 00918-1314
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
FORD MOTOR CREDIT COMPANY LLC       TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
DEPT. 55953                         111 EAST 17TH STREET
PO BOX 55000                        AUSTIN, TEXAS 78774
DETROIT, MI.  48255-0953
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Mapfre PRAICO Insurance Company and Endura    (d)SCOTIABANK DE PUERTO RICO         (d)Six and Mango Equipment LLP
                                                  CARDONA JIMENEZ LAW OFFICE, PSC     PO BOX 1269
                                                  PO BOX 9023593                      FRISCO, TX 75034-0022
                                                  SAN JUAN, PR 00902-3593


(u)Javier Vilarino                                End of Label Matrix
PO Box 9022515                                    Mailable recipients   102
San Juan00902-2515                                Bypassed recipients     4
                                                  Total                 106
```